# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| DAVID T. WARREN, ) | |
| ) | |
| Plaintiff, ) | Case No. 2:10-cv-01116-GMN-GWF |
| ) | |
| vs. ) | **ORDER** |
| ) | |
| THE SHAW GROUP, INC., *et al.*, ) | |
| ) | |
| Defendants. ) | |

This matter is before the Court on Defendant IBEW, Local 357's Motion to Strike Jury Demand (#26) filed February 10, 2011 and Defendants The Shaw Group Inc.'s and Stone & Webster Construction, Inc.'s Joinder in Motion to Strike Jury Demand (#27) filed February 11, 2011. To date, no party has responded to this motion and the time for opposition has now passed. LR 7-2(d) states in pertinent part, that "[t]he failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion." As a result, the Court will grant the present motion. Accordingly,

**IT IS ORDERED** that Defendant IBEW, Local 357's Motion to Strike Jury Demand (#26) is granted.

**IT IS FURTHER ORDERED** that the hearing set for March 15, 2011 is **vacated**.

DATED this 11th day of March, 2011.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge